# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00131-CV

### In re Acadian Ambulance Service Inc. & Joshua Miller

---

#### ORIGINAL PROCEEDING FROM BASTROP COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1] *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: March 11, 2026

---

[1] Pending before this Court is relators' Emergency Motion for Temporary Relief and Stay. We dismiss this motion as moot.